UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOHN M. TOWNSEND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADAM ENDEL, et al., )<br>)<br>Defendants. )<br>_____ ) | 3:06-CV-00470-LRH (VPC)<br><br>O R D E R |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (#25[1]) entered on July 7, 2008, recommending granting Defendants' Motion for Summary Judgment (#19) filed on October 17, 2007.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation  (#32) on September 10, 2008, and Defendants filed their Response to Objections to Magistrate Judge's Report and Recommendation (#33) on September 25, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the

---

[1]Refers to court's docket number.

Report and Recommendation of U.S. Magistrate Judge (#25) entered on July 7, 2008, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#25) entered on July 7, 2008, is adopted and accepted, and Defendant's Motion for Summary Judgment (#19) is GRANTED.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 29th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE