UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| JOHN M. TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-CV-00470-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| ADAM ENDEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (#25[1]) entered on July 7, 2008, recommending granting Defendants' Motion for Summary Judgment (#19) filed on October 17, 2007.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation  (#32) on September 10, 2008, and Defendants filed their Response to Objections to Magistrate Judge's Report and Recommendation (#33) on September 25, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the

---

[1]Refers to court's docket number.

1  Report and Recommendation of U.S. Magistrate Judge (#25) entered on July 7, 2008, should be
2  adopted and accepted.
3       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
4  Recommendation (#25) entered on July 7, 2008, is adopted and accepted, and Defendant's Motion
5  for Summary Judgment (#19) is GRANTED.
6       The Clerk of the Court shall enter judgment accordingly.
7       IT IS SO ORDERED.
8       DATED this 29th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE